Robert K. Renner (155283)
BARGER & WOLEN LLP
19800 MacArthur Boulevard, Suite 800
Irvine, California 92612-2427
Telephone:  (949) 757-2800
Facsimile:   (949) 752-6313

William Lee (148652)
BARGER & WOLEN LLP
650 California St., 9th Floor
San Francisco, California  94108
Telephone:  (415) 434-2800
Facsimile:   (415) 434-2533

Attorneys for Defendants
Metropolitan Life Insurance Company and Verizon
Wireless Group Long Term Disability Plan

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY WOODARD**, | CASE No.: 2:08-CV-00894 LKK-KJM |
| Plaintiff, | **STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271** |
| vs. | |
| **METROPOLITAN LIFE INSURANCE COMPANY, VERIZON WIRELESS GROUP LONG TERM DISABILITY PLAN**, | |
| Defendants. | |

Pursuant to Local Rule 16-271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

g:\docs\kar\dkar1\orders\08cv0894.o.0723.1.doc

STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY
DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271
CASE NO.:  2:08-CV-00894 LKK-KJM

BARGER & WOLEN LLP
650 CALIFORNIA ST.
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

1 | Dated: July __, 2008                    BARGER & WOLEN LLP

                                            By: _____
                                                ROBERT K. RENNER
                                                WILLIAM LEE
                                                Attorneys for Defendants
                                                Metropolitan Life Insurance Company and
                                                Verizon Wireless Group Long Term Disability
                                                Plan

Dated: July __, 2008                        By: _____
                                                JESSE S. KAPLAN
                                                Attorney for Plaintiff
                                                Jerry Woodard

IT IS SO ORDERED.

Dated: July 23, 2008                        _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

-2-
STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY
DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 16-271
CASE NO.: 2:08-CV-00894 LKK-KJM

BARGER & WOLEN LLP
650 CALIFORNIA ST.
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800