Robert K. Renner (155283)
BARGER & WOLEN LLP
19800 MacArthur Boulevard, Suite 800
Irvine, California 92612-2427
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

William Lee (148652)
BARGER & WOLEN LLP
650 California St., 9th Floor
San Francisco, California 94108
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendants
Metropolitan Life Insurance Company and
Verizon Wireless Group Long Term Disability Plan

Jesse S. Kaplan (103726)
LAW OFFICE OF JESSE S. KAPLAN
5441 Fair Oaks Blvd., Ste. C-1
Carmichael, CA 95608
Telephone: (916) 488-3030
Facsimile: (916) 489-9297

Attorney for Plaintiff
Jerry Woodard

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY WOODARD**, <br><br> Plaintiff, <br><br> vs. <br><br> **METROPOLITAN LIFE INSURANCE COMPANY, VERIZON WIRELESS GROUP LONG TERM DISABILITY PLAN**, <br><br> Defendants. | CASE No.: 2:08-CV-00894 LKK-KJM <br><br> **STIPULATION FOR LEAVE OF COURT FOR DEFENDANTS TO FILE COUNTERCLAIM; [PROPOSED] ORDER THEREON** |

G:\DOCS\Orders For Docketing\LKK\Stipulation for Defs to File Cross-Claim.doc

STIPULATION FOR LEAVE OF COURT FOR DEFENDANTS TO FILE COUNTERCLAIM; [PROPOSED] ORDER
CASE NO.: 2:08-CV-00894 LKK-KJM

BARGER & WOLEN LLP
650 CALIFORNIA ST.
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

TO THE HONORABLE LAWRENCE K. KARLTON AND HIS COURT CLERK:

IT IS HEREBY STIPULATED, BY AND BETWEEN ALL PARTIES AND THEIR COUNSEL OF RECORD, THAT:

1. The July 22, 2008 Joint Status Report filed with this Court indicated that, "[i]n the event the parties are unsuccessful in settling the case at the [Voluntary Dispute Resolution Program ("VDRP")] mediation, Plaintiff has agreed to stipulate to permit Defendants [Metropolitan Life Insurance Company and Verizon Wireless Group Long Term Disability Plan ("Defendants")] to file their cross-claim relating to the overpayment of benefits without a written motion." Joint Status Report, Docket No. 8 at 4:16-18.

2. At the August 4, 2008 Status Conference for the above-captioned matter, counsel for Defendants reported that Defendants plan to file a counterclaim (in light of retroactive Social Security Disability Insurance benefits awarded to Plaintiff, which constitute permissible offsets under the ERISA-governed Plan) should the matter not be resolved at the VDRP mediation.

3. The Status (Pre-Trial Scheduling) Conference Order issued by this Court on August 6, 2008 ordered that Plaintiff is granted twenty (20) days from the date of completion of the VDRP mediation to file an amended complaint, but did not indicate whether Defendants were granted leave to file a counterclaim should the matter not be resolved at the VDRP mediation.

4. The parties stipulate that Defendants shall be granted leave to file a counterclaim within twenty (20) days from the date of completion of the VDRP mediation.

IT IS SO STIPULATED.

Dated: August 14, 2008        LAW OFFICES OF JESSE S. KAPLAN

                              By:    /s/ by RKR
                                    JESSE S. KAPLAN
                                    Attorney for Plaintiff
                                    Jerry Woodard

BARGER & WOLEN LLP
650 CALIFORNIA ST.
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: August 14, 2008 | BARGER & WOLEN LLP |
| 2 | | By:   /s/ |
| 3 | | ROBERT K. RENNER |
| | | KATHLEEN E. HACKETT |
| 4 | | Attorneys for Defendants |
| 5 | | Metropolitan Life Insurance Company and Verizon Wireless Group Long Term Disability |
| 6 | | Plan |

BARGER & WOLEN LLP
650 CALIFORNIA ST.
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-2-
STIPULATION FOR LEAVE OF COURT FOR DEFENDANTS TO FILE COUNTERCLAIM
CASE NO.: 2:08-CV-00894 LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Pursuant to the foregoing stipulation of the parties, by and through their respective attorneys of record, and good cause appearing, Defendants Metropolitan Life Insurance Company and Verizon Wireless Group Long Term Disability Plan are granted twenty (20) days from the date of completion of the VDRP mediation to file a counterclaim, without the need for a written motion.

**IT IS SO ORDERED**.

DATED: August 18, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

BARGER & WOLEN LLP
650 CALIFORNIA ST.
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-3-
STIPULATION FOR LEAVE OF COURT FOR DEFENDANTS TO FILE COUNTERCLAIM
CASE NO.: 2:08-CV-00894 LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com