# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY WOODARD**, | CASE No.: 2:08-CV-00894 LKK-KJM |
| Plaintiff, | **ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |
| vs. | [Lodged Concurrently With:<br>  - Stipulation for Dismissal.] |
| **METROPOLITAN LIFE INSURANCE COMPANY, VERIZON WIRELESS GROUP LONG TERM DISABILITY PLAN**, | |
| Defendants. | |

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil

G:\DOCS\Orders For Docketing\LKK\Stipulation to Dismiss_Proposed Order (2).doc

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO.:  2:08-CV-00894 LKK-KJM

**BARGER & WOLEN** LLP
650 CALIFORNIA ST.
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

PDF created with pdfFactory trial version www.pdffactory.com

Procedure 41(a)(1).  Each party shall bear his or its own costs and attorneys' fees.

DATED:  January 22, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Submitted by:

BARGER & WOLEN LLP


/s/ *Kathleen E. Hackett*
Kathleen E. Hackett
Attorneys for Defendants
Metropolitan Life Insurance Company and
Verizon Wireless Group Long Term Disability Plan

BARGER & WOLEN LLP
650 CALIFORNIA ST.
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

-1-
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO.:  2:08-CV-00894 LKK-KJM

PDF created with pdfFactory trial version www.pdffactory.com